WHELCHEL, administratrix, *v.* HALL COUNTY *et al.*

BECK, P. J. The court did not err in refusing an injunction. The petitioner failed to show title in her intestate. She introduced a deed from a third party, but there was no attempt to derive title from the State nor from any one shown to have been in possession, and it is not shown that plaintiff or her intestate had been in possession of this land. The mere statement of a witness that he was the agent of the plaintiff and had been looking after the property in question did not supply proof of possession.          *Judgment affirmed. All the Justices concur.*

No. 5063. JUNE 22, 1926.

Petition for injunction. Before Judge J. B. Jones. Hall superior court. August 22, 1925.

---

Eminent Domain, 20 C. J. p. 1205, n. 9.

Mrs. Louise Whelchel, as administratrix of Jasper E. Whelchel, brought an equitable petition against Hall County and M. B. Waldrip, county warden, seeking injunction and a recovery of damages, etc. It is alleged that at the time of the death of petitioner's intestate he was the owner of certain lots of land included in a larger tract of land referred to as the Whelchel subdivision; that the defendants are undertaking to construct a road over and through the lots of land referred to, and have entered upon the property in question with a gang of convicts working under the jurisdiction of the county, and have "excavated, plowed up, and dug down the land of the estate of Jasper E. Whelchel, and unless prevented from doing so will appropriate the property for the purpose of using the same as a public road;" that defendants have not paid the owner for the land nor attempted to condemn the same. At the hearing the court refused an injunction.

*J. O. Adams* and *Charters & Wheeler*, for plaintiff.

*Edgar B. Dunlap*, for defendants.